IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERANTH, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:23-cv-2165-WSH |
| ) | |
| v. ) | |
| ) | |
| DOORDASH, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

I hereby certify that on December 3, 2024, true and correct copies of Plaintiff Ameranth, Inc.'s Opposition to Defendants' Motion to Dismiss Amended Complaint for Improper Venue, or Alternatively, to Transfer, and Failure to State a Claim and Declaration of Richard C. Weinblatt were served by e-mail to the following counsel listed below.

A. Michael Pratt
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
prattm@gtlaw.com

Joshua Raskin
Vimal Kapadia
Wen Xue
Omar Nesheiwat
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York NY 10017
joshua.raskin@gtlaw.com
vimal.kapadia@gtlaw.com
xuew@gtlaw.com
omar.nesheiwat@glaw.com

Dated:  December 3, 2024

*/s/Vincent A. Coppola*
Vincent A. Coppola (PA Bar No. 50181)
PRIBANIC & PRIBANIC
513 Court Place
Pittsburgh, PA 15219
Telephone: (412) 281-8844
Facsimile: (412) 281-4740

Richard C. Weinblatt (*pro hac vice*)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

*Attorneys for Plaintiff Ameranth, Inc..*