IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERANTH, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:23-cv-2165-WSH |
| ) | |
| v. ) | |
| ) | |
| DOORDASH, INC. ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF RICHARD C. WEINBLATT

I, Richard C. Weinblatt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Stamoulis & Weinblatt LLC. I submit this declaration in support of Plaintiff Ameranth, Inc.'s Opposition to Defendant's Motion to Dismiss Amended Complaint for Improper Venue, or Alternatively, to Transfer, and Failure to State a Claim.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3. Attached to this declaration as Exhibit A is a true and correct digital printout of the press release "DoorDash Introduces Ultra-Fast Grocery Delivery, Providing Busy Consumers with a Reliable and Convenient Way to Restock Instantly" (Dec. 6, 2021).

4. Attached to this declaration as Exhibit B is a true and correct copy of DoorDash, Inc.'s SEC Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 For the Fiscal year ended December 31, 2022.

5. Attached to this declaration as Exhibit C is a true and correct copy of DoorDash, Inc.'s SEC Form 10-K: Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 For the Fiscal year ended December 31, 2023.

6. Attached to this declaration as Exhibit D are true and correct digital printouts of DashMart job postings "at DoorDash, Inc."

7. Attached to this declaration as Exhibit E is a true and correct digital printout of DoorDash, Inc.'s Statement of Use filed in U.S. Trademark Application No. 88/928,135, which became U.S. Trademark Registration No. 6,623,304.

8. Attached to this declaration as Exhibit F is a true and correct digital printout of "DoorDash's new office in the Steel City" from the DoorDash Engineering Blog.

9. Attached to this declaration as Exhibit G is a true and correct copy of Christopher Meiklejohn et al., "Method Overloading the Circuit."

10. Attached to this declaration as Exhibit H are true and correct copies of digital printouts of Pittsburgh DoorDash software engineer job postings posted on LinkedIn.

11. Attached to this declaration as Exhibit I is a true and correct digital printout of Brian Bailey, "Pioneering DoorDash's Platform Evolution in Pittsburgh" (Oct. 21, 2021) from the DoorDash Career Blog.

12. Attached to this declaration as Exhibit J is a true and correct digital printout of Matt Ranney's LinkedIn postings.

13. Attached to this declaration as Exhibit K are true and correct digital printouts of Remote Job postings at DoorDash, Inc.

14. Attached to this declaration as Exhibit L is a true and correct digital printout of Matt Ranney's Instagram post

15. Attached to this declaration as Exhibit M is a true and correct digital printout of Christopher Meiklejohn, "Using Fault Injection Testing to Improve DoorDash Reliability" (Apr. 25, 2022) from the from the DoorDash Engineering Blog.

16. Attached to this declaration of Exhibit N is a true and correct digital copy of Christopher S. Meiklejohn's Thesis Proposal (Revised July 31, 2022).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 3, 2024.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2024, I caused a copy of the foregoing document(s) to be served by e-mail to the following counsel listed below.

| | |
|---|---|
| A. Michael Pratt<br>GREENBERG TRAURIG, LLP<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>prattm@gtlaw.com | Joshua Raskin<br>Vimal Kapadia<br>Wen Xue<br>Omar Nesheiwat<br>GREENBERG TRAURIG, LLP<br>One Vanderbilt Avenue<br>New York NY 10017<br>joshua.raskin@gtlaw.com<br>vimal.kapadia@gtlaw.com<br>xuew@gtlaw.com<br>omar.nesheiwat@glaw.com |

.

                                                */s/ Vincent A. Coppola*
                                                Vincent A. Coppola