IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>                Plaintiff,<br>     v.<br><br>DOORDASH, INC.,<br>EAT'N PARK RESTAURANTS, LLC, and<br>EAT'N PARK HOSPITALITY GROUP, INC.,<br><br>                Defendants. | C.A. No.: 2:23-cv-2165 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF
<u>SUPPLEMENTAL AUTHORITY</u>**

Defendant DoorDash, Inc. ("DoorDash") submits this response to Ameranth, Inc.'s ("Ameranth") Notice of Supplemental Authority (Dkt. No. 78) ("Notice") submitted to the Court on May 15, 2025. The decision from the Western District of Texas, *Xockets, Inc. v. Nvidia Corp et al.*, No. 6:24-cv-00453-LS, Dkt. No. 177 (W.D. Tex. May 12, 2025) ("Texas Decision"), submitted by Ameranth is neither relevant nor "authority" at all. As discussed in DoorDash's Opposition to Ameranth's Motion for Leave to Conduct Venue Discovery (Dkt. No. 76), (a) the Court has already considered and **denied** Ameranth's request for venue discovery in *Ameranth, Inc. v. DoorDash, Inc.* (Ameranth I), No. 2:22-cv-01776-WSH, Dkt. No. 42 (W.D. Pa. Feb. 13, 2025), where the Court rejected Ameranth's attempts to manufacture contradictions in the testimony of DoorDash's declarant (the same alleged contradictions mentioned in Ameranth's Notice); and (b) Ameranth has not and cannot satisfy the standard for granting leave to conduct venue discovery since the Court has already decided that venue in this forum is not appropriate as to DoorDash. *Ameranth I*, Dkt. No. 42 at 11-13. Nothing in the Texas Decision—from an **unrelated** case with **different** parties in a **different** jurisdiction—alters the Court's conclusions. Thus, the Texas Decision granting discovery in a **different forum** is not relevant and should be given no weight in this case.

|  |  |
|---|---|
| Dated: May 16, 2025 | **GREENBERG TRAURIG, LLP**<br><br>*/s/ A. Michael Pratt*<br>A. Michael Pratt (PA 44793)<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>Tel:  215-972-5916<br>Fax:  215-988-7801<br>Email: prattm@gtlaw.com<br><br>Joshua Raskin (*pro hac vice*)<br>Vimal Kapadia (*pro hac vice*)<br>Wen Xue (*pro hac vice*)<br>One Vanderbilt Avenue<br>New York NY 10017<br>(212) 801-9200<br>joshua.raskin@gtlaw.com<br>vimal.kapadia@gtlaw.com<br>xuew@gtlaw.com<br><br>*Attorneys for Defendants DoorDash, Inc., Eat'n Park Restaurants, LLC and Eat'n Park Hospitality Group, Inc.* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system. I certify that I caused the foregoing to be served on the counsel of record by electronic mail.

      */s/ A. Michael Pratt*
      A. Michael Pratt (PA 44793)